IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DULCICH INC., an Oregon corporation,

        Plaintiff,

v.

COORDINATED CARE PROGRAMS, LLC, a foreign corporation,

        Defendant.

No. 3:15-cv-01522-SB

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation (#18) on December 23, 2015, in which she recommends that this Court deny Dulcich's motion to remand and deny CCP's motion to transfer venue. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [18]. Accordingly, Plaintiff's motion to remand [11] is denied and CCP's motion transfer venue [7] is denied.

IT IS SO ORDERED.

DATED this __25__ day of __January__, 2016.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER