IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DULCICH INC., an Oregon corporation,

        Plaintiff,

v.

COORDINATED CARE PROGRAMS, LLC, a foreign corporation,

        Defendant.

No. 3:15-cv-01522-SB

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation (#37) on January 19, 2017, in which she recommends that this Court grant Plaintiff's motion for summary judgment and deny Defendant's motion for summary judgment.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de*

1 - ORDER

*novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [37]. Accordingly, Plaintiff's motion for summary judgment [29] is granted and Defendant's motion for summary judgment [31] is denied.

IT IS SO ORDERED.

DATED this __21__ day of __Feb__, 2017.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER